THE NEW YORK ELEVATED RAILROAD COMPANY, APPELLANT, v. JOHN T. HAROLD, JONATHAN T. DEYO AND MARY E. BARBER, RESPONDENTS.

*Costs — extra allowance — a demurrer is a defense within the meaning of section 3253 of the Code of Civil Procedure.*

APPEAL from a judgment in favor of the defendants, entered upon an order sustaining a demurrer to the complaint interposed by the defendants, and from an order granting an extra allowance to the defendants.

The court at General Term, after holding that the demurrer was properly sustained, said : " We incline to the opinion that a demurrer is a defense within the meaning of section 3253 of the Code, and that the order granting an additional allowance should be affirmed, with costs and disbursements."

*John H. Bergen* and *David Dudley Field*, for the appellant.

*Chauncey Shaffer*, for the respondents Harold and Barber.

*A. H. Dailey*, for the respondent Deyo.

Opinion by DYKMAN, J.; BARNARD, P. J., and PRATT, J. concurred.

Judgment affirmed, with costs, including the order granting extra allowance.